# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00532-ZLW

UNITED STATES OF AMERICA,

     Petitioner,

v.

H. MICHAEL MILLER,

     Respondent.

_____

## ORDER
_____

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

Dated at Denver, Colorado, this  28  day of March, 2006.

          BY THE COURT:

          *Zita L. Weinshienk*

          ZITA L. WEINSHIENK, Senior Judge
          United States District Court