IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00532-PSF-BNB

UNITED STATES OF AMERICA,

      Petitioner,

v.

H. MICHAEL MILLER,

      Respondent.

---

## ORDER TO RESET HEARING ON ORDER TO SHOW CAUSE

---

      This matter is before the Court *sua sponte*.  The hearing on this Court's Order to Show Cause, filed March 30, 2006, currently set for May 8, 2006, is RESET to **May 15, 2006 at 1:00 p.m.**

      IT IS FURTHER ORDERED that the petitioner shall inform Respondent Miller of this change in hearing date.

      DATED: April 13, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____

                                    Phillip S. Figa
                                    United States District Judge