IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00532-PSF-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

H. MICHAEL MILLER,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Petitioner's Motion to Vacate and Reset May 12 [sic], 2006, Hearing (Dkt. # 7) is GRANTED. The show cause hearing currently set for May 19, 2006 is RESET to **June 19, 2006 at 11:00 a.m.**

DATED: May 12, 2006