IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00532-PSF-BNB

UNITED STATES OF AMERICA,

    Petitioner,

v.

H. MICHAEL MILLER,

    Respondent.

---

## ORDER TO RESET HEARING

---

This matter is before the Court *sua sponte*. It is ORDERED that the show cause hearing currently set for June 19, 2006 is hereby RESET to **Thursday, June 29, 2006 at 1:00 p.m.**

    DATED: May 24, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge